UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

V.

S1 11 CR. 907 (JSR)

RAJAT K. GUPTA

DEFENDANT

MOTION FOR LEAVE TO INTERVENE
AND FOR ACCESS TO JUDICIAL RECORDS

COMES NOW, JONATHAN LEE RICHES, REPORTER WITH UHHYEAHDUDE.COM, MOVES THIS HONORABLE COURT TO INTERVENE IN THIS LITIGATION AND FOR ACCESS TO JUDICIAL RECORDS

PEOPLE IN AN OPEN SOCIETY DO NOT DEMAND INFALLIBILITY FROM THEIR INSTITUTIONS, BUT IT IS DIFFICULT FOR THEM TO ACCEPT WHAT THEY ARE PROHIBITED FROM OBSERVING

RICHMOND NEWSPAPERS INC V. VIRGINIA 448 U.S. 555

AT ISSUE IN THIS CASE IS THE RIGHT OF THE PUBLIC AND OF THE PRESS TO EXERCISE THEIR CONSTITUTIONALLY PROTECTED INTEREST TO INSPECT RECORDS AND TO KNOW THE IDENTITIES OF KEY PARTICIPANTS IN THIS CRIMINAL PROSECUTION, NAMELY THE JURORS EMPANELED TO DECIDE DEFENDANT RAJAT GUPTA'S FATE.

THEREFORE THIS COURT SHOULD GRANT MOVANTS REQUEST THAT HE BE ALLOWED TO INTERVENE IN THIS CASE FOR THE PURPOSE OF PROTECTING THE PUBLICS RIGHT TO ACCESS.

THERE IS NO COMPELLING AND OVERRIDING INTEREST THAT JUSTIFIES JUROR ANONYMITY IN THIS CASE.

RESPECTFULLY,   6-12-12

JONATHAN LEE RICHES
UHHYEAHDUDE.COM REPORTER

## CERTIFICATE OF SERVICE

I CERTIFY THAT THE FOLLOWING FOREGOING MOTION WAS SENT VIA THE UNITED STATES POSTAL SERVICE ON 6-12-12 TO THE FOLLOWING PARTIES:

**David Stanley Frankel**
**Alan Roy Friedman**
**Gary P. Naftalis**
**Robin Marie Wilcox**
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036
212-715-9221
212-715-7702 (fax)

**Reed Michael Brodsky**
**Richard Craig Tarlowe**
U.S. Attorney's Office, SDNY (St Andw's)
One St. Andrew's Plaza
New York, NY 10007
(212)-637-2492
(212)-637-2387 (fax)

RESPECTFULLY,   *[signature]* 6-12-12

JONATHAN LEE RICHES
143 ROEBLING ST
SUITE 5
BROOKLYN, NY 11211