Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York

Caption:

United States of America v.

Rajat K. Gupta

Docket No.: S1 11 Cr. 907 (JSR)
Hon. Jed S. Rakoff
(District Court Judge)

Notice is hereby given that Rajat K. Gupta appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other [ ]
(specify)
entered in this action on November 9, 2012
(date)

This appeal concerns: Conviction only ✓  Sentence only [ ]  Conviction & Sentence [ ]  Other [ ]

Defendant found guilty by plea [ ]  | trial | ✓ | N/A |

Offense occurred after November 1, 1987? Yes ✓  No [ ]  N/A [ ]

Date of sentence: October 24, 2012  N/A [ ]

Bail/Jail Disposition: Committed [ ]  Not committed ✓  N/A [ ]

Surrender date: January 8, 2013

Appellant is represented by counsel? Yes ✓ | No |  If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Gary P. Naftalis |
| Counsel's Address: | Kramer Levin Naftalis & Frankel LLP |
| | 1177 Avenue of the Americas, New York, NY 10036 |
| Counsel's Phone: | 212-715-9100 |
| Assistant U.S. Attorney: | Richard C. Tarlowe |
| AUSA's Address: | One St. Andrew's Plaza |
| | New York, NY 10007 |
| AUSA's Phone: | 212-637-2330 |

Gary P. Naftalis
Signature

## CERTIFICATE OF SERVICE

I, Gary P. Naftalis, hereby certify that a true and correct copy of the Notice of Appeal was served on November 9, 2012 by hand on the following counsel of record:

> AUSA Richard C. Tarlowe
> United States Attorney's Office
> Southern District of New York
> One Saint Andrew's Plaza
> New York, New York 10007

Dated: New York, New York
      November 9, 2012

*Gary P. Naftalis*

KL3 2902384.1