UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x
                                   :
UNITED STATES OF AMERICA           :
                                   :
        - v. -                     :    S1 11 Cr. 907 (JSR)
                                   :
RAJAT K. GUPTA,                    :    ORDER
            Defendant.             :
                                   :
---------------------------------- x

JED S. RAKOFF, U.S.D.J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-17-14
```

Upon consent of the parties, the Court hereby orders the defendant to surrender for service of his sentence at the institution designated by the Bureau of Prisons not later than 2:00 p.m. on June 17, 2014.

SO ORDERED.

JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
April 15, 2014