KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York  10036
(212) 715-9100

Attorneys for Rajat K. Gupta

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————— x
                                                                          :
UNITED STATES OF AMERICA                            :
                                                                          :   No. 11 Cr. 907 (JSR)
            - against -                                                :
                                                                          :   ECF Case
RAJAT K. GUPTA,                                              :
                                                                          :   Notice of Motion
                        Defendant.                             :
                                                                          :
———————————————————————— x

        PLEASE TAKE NOTICE that defendant Rajat K. Gupta hereby moves for a certificate of appealability with respect to his application for relief pursuant to 28 U.S.C. § 2255. The Court set July 24, 2015 as the deadline for the filing of defendant's supporting brief, and July 31, 2015 as the deadline for the government's brief in opposition.

Dated: New York, New York          Kramer Levin Naftalis & Frankel LLP
       July 27, 2015


                                            By:      /s/ Gary P. Naftalis
                                                         Gary P. Naftalis

                                        1177 Avenue of the Americas
                                        New York, New York  10036
                                        (212) 715-9100

                                        Attorneys for Rajat K. Gupta

KL3 3039768.1