```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,            :
                                     :    11 Cr. 907 (JSR)
       -v-                           :
                                     :    ORDER
RAJAT K. GUPTA,                      :
                                     :
              Defendant.             :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

On March 5, 2015, defendant Rajat Gupta moved pursuant to 28 U.S.C. § 2255 to set aside his conviction and sentence. See ECF Dkt. No. 150. At the time of Gupta's filing, no civil docket number was assigned to the motion, and the parties subsequently filed additional submissions and the Court issued two Orders. Accordingly, the Clerk is hereby directed to assign a civil docket number to Gupta's motion and to docket in that case ECF docket numbers 150 through 160.

SO ORDERED.

Dated:   New York, New York
         August 20, 2015
                                        _____
                                        JED S. RAKOFF, U.S.D.J.