UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # _____

----

USA

-v-

Rajat Gupta

----

U.S.C.A. # _15-2707_

U.S.D.C. # _11CR 907_

JUDGE: _Rakoff_

DATE: _9/29/2015_

# NOTICE TO THE DOCKET CLERK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 2 9
```

(_First_) SUPPLEMENTAL INDEX

_7 vols._

The record in the above entitled case was indexed to the U.S.C.A. for the Second Circuit on the _29th_ Day of _Sept._, 2015

Rev. 1/03/14

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---

USA

-v-

Rajat Gupta

U.S.C.A. # 15-2707

U.S.D.C. # 11CR 907

JUDGE: Judge Rakoff

DATE: 9/29/2015

---

## First SUPPLEMENTAL INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): Liliya Sulis
FIRM: Kramer Levin Naftalis & Frankel LLP
ADDRESS: 1177 Avenue of the Americas
NY NY 10036
PHONE NO.: (212) 715-9100

**DISTRICT COURT DOCKET ENTRIES**

| DOCUMENT DESCRIPTION | DOC. # |
|---|---|
| 1. SUPPLEMENTAL CLERK'S CERTIFICATE | - - |
| 2. Transcript; Date of the proceeding 10/26/2011 | #10 |
| 3. Transcript; date of the proceeding 1/27/2012 | #26 |
| 4. Transcript; date of the proceeding 2/7/2012 | #35 |
| 5. Transcript; date of the proceeding 10/26/11 | #11 |
| 6. Transcript; date of the proceeding 1/5/2012 | #21 |
| 7. Transcript; date of the proceeding 2/16/2012 | #31 |
| 8. Transcript; date of the proceeding 3/16/2012 | #46 |
| 9. Transcript; date of the proceeding 3/16/2012 | #48 |

Rev. 1/03/14

Page 2

USCA NO. 15-2707                              SDNY NO. 11CR907

## SUPPLEMENTAL INDEX TO THE ROA CONTINUED

| Document Description | DOC. # |
|---|---|
| Transcript: date of the proceeding 3/16/12 | #49 |
| Transcript: date of the proceeding 4/19/12 | #52 |
| Transcript: date of the proceeding 4/19/12 | #53 |
| Transcript: date of the proceeding 4/19/20/12 | #63 |
| Transcript: date of the proceeding 3/16/2012 | #78 |
| Transcript: date of the proceeding 5/30,31 & 6/1,4-6/2012 | #111 |
| Transcript: date of the proceeding 3/22-24, 29, 30, 2012 | #112 |
| Transcript of the proceeding dated 5/24/2012 | #113 |
| Transcript: date of the proceeding on 6/8/2012 | #114 |
| Transcript of the proceeding dated on 6/4/2012 | #115 |
| Transcript: date of the proceeding 6/13/2012 | #116 |
| Letter dated February 13, 2014 | #145 |
| Letter dated February 18, 2014 | #146 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

USA

-v-

Rajat Gupta

---

U.S.C.A. # __15-2707__

U.S.D.C. # __11cr907__

JUDGE: __Rorkoff__

DATE: __9/29/15__

## __First__ SUPPLEMENTAL CLERK'S CERTIFICATE

I, Ruby J. Krajick, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified extract of the docket entries and the original filed papers numbered __1__ through __162__, inclusive, constitute the Supplemental record on appeal in the above entitled proceedings.

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this __29th__ Day of __Sept.__ In this year of our Lord, Two Thousand and Fourteen, and the Independence of the United States this 237th year.

Ruby J. Krajick, Clerk

By _____
Deputy Clerk

Rev. 1/03/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

USA

-v-

Rajat Gupta

------------------------------------------------

U.S.C.A. # 15-2707

U.S.D.C. # 11CR907

JUDGE: Judge Rakoff

DATE: 9/29/2015

## EXTRACT OF DOCKET ENTRIES

| DATE | DOCUMENT DESCRIPTION |
|---|---|
| 11/5/2011 | Transcript |
| 02/3/2012 | Transcript |
| 02/29/2012 | Transcript |
| 11/28/2011 | Transcript |
| 01/10/2012 | Transcript |
| 02/23/2012 | Transcript |
| 03/29/2012 | Transcript |
| 04/12/2012 | Transcript |

Ruby J. Krajick, Clerk

By _____
Deputy Clerk

Rev. 1/03/14

Page 2

USCA NO. 15-2707           SDNY NO. 11CR907

## EXTRACT OF DOCKET ENTRIES

| Date Filed | Document Description |
|---|---|
| 04/12/2012 | Transcript |
| 04/27/2012 | Transcript |
| 04/30/2012 | Transcript |
| 05/10/2012 | Transcript |
| 05/21/2012 | Transcript |
| 07/12/2012 | Transcript |
| 07/12/2012 | Transcript |
| 07/12/2012 | Transcript |
| 07/12/2012 | Transcript |
| 07/12/2012 | Transcript |
| 07/12/2012 | Transcript |
| 02/26/2014 | Letter |
| 02/26/2014 | Letter |